**FILED**
May 17, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CR NO: 1:24-cr-00075-NODJ-BAM

**NEW KEE XIONG,**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | New Kee Xiong |
| Detained at | Wayne Brown Correctional Facility |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 USC 1704(2 counts); 18 USC 1708
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance requested for initial appearance on May 24, 2024, at 2:00 p.m. on the duty calendar*

| | |
|---|---|
| Signature: | /s/ Chan Hee Chu |
| Printed Name & Phone No: | Chan Hee Chu, 559-753-0072 |
| Attorney of Record for: | United States |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 17, 2024**

/s/ Erica P. Grosjean
Honorable Erica P. Grosjean
United States Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | B24000309 | ☒DOB: | 05/12/1981 |
| Facility Address: | 925 Maidu Ave., Nevada City, CA 95959 | ☒Race: | Asian |
| Facility Phone: | 530-265-1291 | FBI#: | 145076VC5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                                                                       (signature)