PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00075-JAM-BAM |
| Plaintiff, | |
| | STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING |
| v. | |
| NEW KEE XIONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for October 9, 2024, may be vacated and that a change of plea hearing may be scheduled for October 22, 2024, at 9:00 a.m., before the Honorable John A. Mendez, United States District Judge.  The parties request that the Court exclude time under the Speedy Trial Act from October 9, 2024, through October 22, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

1

2     Dated:  September 23, 2024              */s/ Griffin Estes*

3                                       GRIFFIN ESTES
Assistant Federal Defender
Counsel for New Kee Xiong

4

5     Dated:  September 23, 2024              */s/ Chan Hee Chu*

6                                         CHAN HEE CHU
Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00075-JAM-BAM |
| Plaintiff, | **ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING** |
| v. | |
| NEW KEE XIONG, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the status conference scheduled for October 9, 2024, is VACATED and a **change of plea hearing** is **SET** for **October 22, 2024, at 9:00 a.m.**, before the Honorable John A. Mendez, United States District Judge.  Time under the Speedy Trial Act is excluded from October 9, 2024, through October 22, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 23, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE