HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NEW KEE XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00075-JAM-BAM |
| Plaintiff, | ORDER RE: SHACKLING |
| vs. | Judge: Hon. Stanley A. Boone |
| NEW KEE XIONG, | |
| Defendant. | |

Pursuant to Local Rule 401, the Court hereby determines that the appropriate restraint level for New Kee Xiong is Legs-Only Shackles.

IT IS SO ORDERED.

Dated: **November 21, 2024**

STANLEY A. BOONE
United States Magistrate Judge